UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, Plaintiff, | ) ) ) ) | |
| v. | ) ) | Civil Action No. 13-0732 (JDB) |
| U.S. DEPARTMENT OF THE TREASURY, et al. Defendants. | ) ) ) ) ) | |

**PLAINTIFF'S MOTION TO STAY BRIEFING AND
SUPPORTING MEMORANDUM**

Plaintiff Citizens for Responsibility and Ethics in Washington (CREW) hereby moves the Court to stay further briefing on defendants' motion to dismiss until the Court decides plaintiff's pending motion to consolidate. As grounds for this motion, plaintiff states as follows.

This is a lawsuit brought under the Administrative Procedure Act (APA) for declaratory, injunctive, and mandamus relief against the U.S. Department of the Treasury, its component the IRS, and then-Acting IRS Commissioner Daniel I. Werfel that CREW filed on May 21, 2013. The suit challenges as arbitrary, capricious, and contrary to law the refusal of the IRS to grant CREW's petition for rulemaking to address serious conflicts between the Tax Code and existing IRS regulations governing § 501(c)(4) organizations.

On August 21, 2013, before the government had answered the complaint in this action, Rep. Chris Van Hollen, Democracy 21, the Campaign Legal Center, and Public Citizen, Inc. filed a separate complaint under the APA against the IRS and the Department of the Treasury seeking identical relief as CREW seeks based on the IRS's refusal to grant those plaintiffs' rulemaking petition challenging the same conflicts between the Tax Code and IRS regulations

governing

§ 501(c)(4) organizations.  Designated as a related case to the instant action, the *Van Hollen* lawsuit involves common issues of fact and grows out of the same event or transaction as the instant lawsuit.

On August 23, 2013, CREW moved to consolidate the two cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  CREW's motion was based on the commonality of legal and factual issues between the two cases, and explained how consolidation best served the interests of justice, the Court, and all parties.  One week later, on August 30, 2013, defendants in the instant case filed both a motion to dismiss and an opposition to the motion to consolidate.  Defendants' opposition to consolidation was based on the claim CREW lacked standing, which also formed the basis for its motion to dismiss.

Given the procedural posture of this case, CREW respectfully requests that the Court stay further briefing on defendants' motion to dismiss until it decides the motion to consolidate.  If consolidation is granted, the most practical way to proceed will be to set one briefing schedule governing both cases.  Proceeding on two separate tracks until the consolidation motion is resolved, with continued briefing on the pending motion to dismiss, risks unnecessary duplication and expenditure of resources.  And if consolidation is denied, what is likely to be only a short delay in the briefing of the government's motion will not prejudice the government.

Pursuant to Local Rule 7(m), counsel for plaintiff has consulted with counsel for the defendants in this case, who advises the government opposes this motion to stay.

## **CONCLUSION**

For the foregoing reasons, CREW respectfully requests that the Court stay further

briefing on the defendants' motion to dismiss until the Court decides plaintiff's motion to consolidate.

                                                        Respectfully submitted,

                                                        */s/ Anne L. Weismann*
                                                        Anne L. Weismann
                                                        D.C. Bar No. 298190
                                                       Melanie Sloan
                                                       D.C. Bar No. 434584
                                                      Citizens for Responsibility and Ethics in Washington
                                                       1400 Eye Street, N.W., Suite 450
                                                       Washington, D.C.  20005
                                                       202-408-5565 (telephone)
                                                       202-588-5020 (fax)
                                                      Aweismann@citizensforethics.org

Dated: September 5, 2013                    Attorneys for Plaintiff