# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-0732(JDB) |
| U.S. DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, et al., | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | |
| VAN HOLLEN, et al. | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 13-1276(JDB) |
| INTERNAL REVENUE SERVICE, et al., | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

### PLAINTIFFS' UNOPPOSED MOTION TO SET BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND SUPPORTING MEMORANDUM

Plaintiffs in the above-captioned consolidated cases hereby move the Court to set a single briefing schedule for defendants' pending motion to dismiss in Civil Action No. 13-0732 ("*CREW* lawsuit"), and any motion to dismiss defendants file in Civil Action No. 13-1276 ("*Van Hollen* lawsuit").

Specifically, the plaintiffs move the Court to order the government to file its answer or otherwise respond to the *Van Hollen* lawsuit by October 21, 2013, to grant plaintiffs in the *Van Hollen* lawsuit until December 6, 2013, to respond to any motion the government files, and to grant the government until January 17, 2014, to file its reply. Plaintiffs further move that the

Court grant plaintiff in the *CREW* lawsuit until December 6, 2013, to respond to the government's pending motion to dismiss, and that the government be given until January 17, 2014, to file its reply.

Pursuant to LCvR 7(m), plaintiffs have conferred with defendants' counsel in the two cases, who advised plaintiffs the government consents to this motion as long as the page limit for its reply be increased by 20 pages for each additional opposition it addresses in the event the government elects to file a single reply brief in response to all oppositions.

Consolidation of the briefing schedule in these two cases will best preserve the resources of the Court and all parties. Accordingly, the plaintiffs request that this motion be granted.

DATED: September 12, 2013

                Respectfully submitted,

                */ s/ Anne L. Weismann*
                Anne L. Weismann
                D.C. Bar No. 298190
                Melanie Sloan
                D.C. Bar No. 434584
                Citizens for Responsibility
                 and Ethics in Washington
                1400 Eye Street, N.W., Suite 450
                Washington, D.C.  20005
                202-408-5565 (telephone)
                202-588-5020 (fax)
                aweismann@citizensforethics.org

                Attorneys for Plaintiff CREW

                */s/ Scott L. Nelson*
                Scott L. Nelson, D.C. Bar No. 413548
                Allison M. Zieve, D.C. Bar No. 424786
                PUBLIC CITIZEN LITIGATION GROUP
                1600 20th Street, N.W.

        Washington, D.C. 20009
        (202) 588-1000
        snelson@citizen.org

        Attorneys for Plaintiffs Van Hollen, et al.